ROSSY *v.* MOLLFULLEDA ET AL.

APPEAL from the District Court of San Juan.

No. 755.—Decided January 29, 1912.

CANCELLATION OF RECORD—AWARD OF RURAL PROPERTY AT PUBLIC SALE.—A
    record of the award of a rural property at a public sale having been made
    in the registry the cancellation thereof cannot be made without the consent
    of the person in whose name the record has been entered and unless the legal
    ground authorizing the cancellation has been duly alleged and proven.

The facts are stated in the opinion.

Both parties appeared *per se.*

MR. CHIEF JUSTICE HERNÁNDEZ delivered the opinion of
court.

This is an appeal from an order of the District Court of
San Juan refusing to allow the cancellation of the record of
a deed of sale in the registry of property.

In the suit brought in the District Court of San Juan by
Manuel Rossy against Juan Mollfulleda, Damiana Huertas
and the Cussó Estate, to secure the payment of professional
fees, the court, upon motion of complainant, issued an order
on May 26, 1906, providing, among other things, that the
registrar be instructed to enter a record of the order pro-
hibiting the alienation or encumbrance of the property belong-
ing to Damiana Huertas consisting of 200 *cuerdas,* 80 of
which were located in *barrio* Cuevas, Trujillo Alto district,
and the remaining 120 in *barrio* Sabana Llana, Río Piedras
district.

In this case judgment was rendered against the defend-
ants on January 23, 1907, and, for the purpose of executing
the same, on December 13 of the same year the marshal pro-
ceeded to hold an auction sale of the property consisting of
80 *cuerdas* which formed a part of the estate of 200 *cuerdas*
belonging to Damiana Huertas, the adjudication thereof hav-
ing been made in favor of Mr. Luis Campillo. But not being

able to put Campillo in possession it was agreed by Rossy, Campillo and Mollfulleda, the latter as the legal representative of his wife, Damiana Huertas, that the sale should be declared void.

Although there is nothing in the record to show that another sale had taken place, Mollfulleda filed a petition in the District Court of San Juan on July 25 of last year asking for the cancellation of the record made in the Registry of Property of San Juan, volume 17, Río Piedras, of the deed of sale of the property consisting of 120 *cuerdas* which, according to Mollfulleda, was adjudicated to Rossy for $100 on false and imaginary boundary lines and on the wrong assumption that it was located within the district of Río Piedras.

An order denying this petition was made, the date thereof not being given, and it is from this order that Mollfulleda has taken an appeal.

Even admitting as real and positive the facts of the public sale, of the adjudication and of the execution of the deed of sale of the property of 120 *cuerdas* in favor of Rossy as well as the record thereof in the registry of property, we are of the opinion that an order directing the cancellation of the record cannot properly be made, not only because Rossy has not given his consent thereto, but because in the absence of such consent no legal ground has been presented in support of the cancellation. Articles 79 and 82 of the Mortgage Law.

For the reasons above set forth the order appealed from should be affirmed.

*Affirmed.*

Justices MacLeary, Wolf, del Toro, and Aldrey concurred.